

**FILED**

09/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0319



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 21-0319

CECIL THOMAS RICE,

     Petitioner and Appellant,

  v.                                          **GRANT OF EXTENSION**

STATE OF MONTANA,

     Respondent and Appellee.

     Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until October 7, 2021, to prepare, file, and serve the opening brief.

DATED this September 9, 2021

                                                    Bowen Greenwood
                                                    Clerk of the Supreme Court

c:     Cecil Thomas Rice, Austin Miles Knudsen, Travis R. Ahner